IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1665-BO-BM

SIERA YOUNG,                              )
                                          )
            Plaintiff,                    )
                                          )
    v.                                    )          O R D E R
                                          )
ALLTRAN FINANCIAL, LP,                    )
                                          )
            Defendants.                   )

This matter comes before the Court on the memorandum and recommendation (M&R) of

United States Magistrate Judge Brian S. Meyers [DE 5]. Judge Meyers allowed plaintiff to proceed

in forma pauperis and conducted a frivolity review. He recommended that plaintiff's complaint

[DE 4] be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

"The Federal Magistrates Act requires a district court to make a de novo determination of

those portions of the magistrate judge's report or specified proposed findings or recommendations

to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315

(4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed R. Civ. P.

72(b)(3). A party's objections must be made "with sufficient specificity so as reasonably to alert

the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616,

622 (4th Cir. 2007). "[W]hen reviewing pro se objections to a magistrate's recommendation,

district courts must review de novo any articulated grounds to which the litigant appears to take

issue." *Elijah v. Dunbar*, 66 F.4th 454, 460–61 (4th Cir. 2023). Where no specific objections have

been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*,

288 F. Supp. 3d 654, 662 (D.S.C. 2017). On clear error review, the court has no obligation to

explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

No party has objected to the M&R and the time for doing so has expired. The Court has reviewed the M&R for clear error and finds none. Accordingly, the M&R [DE 5] is ADOPTED in full, and the complaint is dismissed. The Clerk is directed to enter judgment and close the case.

SO ORDERED, this __8__ day of July 2026.

*Terrence Boyle*

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE